# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
### OXFORD DIVISION

**UNITED STATES OF AMERICA**                                                   **PLAINTIFF**

**v.**                              **CIVIL ACTION NO: 3:22-CV-00137-DMB-JMV**

**GAZEL GILES**
**ACADEMIC AID FOR SUCCESS, LLC**                                   **DEFENDANT**

### CONSENT JUDGMENT

This consent judgment is entered into between the United States of America, acting through the United States Department of Justice and on behalf of the United States Small Business Administration ("SBA") (collectively the "United States"), and Gazel Giles d/b/a Academic Aid for Success, LLC, Defendants. The parties stipulate and consent to the entry of judgment in favor of the United States of America against Defendants, Gazel Giles and Academic Aid for Success, LLC, on the basis of unjust enrichment in the sum of $46,866.33 ($41,466.33 loan amounts, $5,000.00 in loan application processing fees, and a $400.00 filing fee pursuant to 28 U.S.C. § 2412(a)(2)). Post judgment interest shall accrue at the legal rate pursuant to 28 U.S.C. § 1961(a) and shall be computed daily and compounded annually until paid in full, but without costs to either party. Defendants, Gazel Giles and Academic Aid for Success, LLC, jointly and severally, agree that the sum owed, $46,866.33 plus interest, is due and payable in full immediately.

Provided, however, execution shall not issue upon this judgment so long as Defendants, Gazel Giles and Academic Aid for Success, LLC pay to the Department of Justice, through the United States Attorney, 900 Jefferson Avenue, Oxford, Mississippi 38655, an agreed upon minimum monthly payment each and every month until this judgment is satisfied. The amount of this payment shall be subject to review and

modification not less than annually. This debt shall also be included in the Treasury Offset Program so that any federal monies owed to Defendants, Gazel Giles and Academic Aid for Success, LLC, will be credited to the outstanding debt owed to the United States.

SO ORDERED this the 30th day of August 2022.

_____
DEBRA M. BROWN
CHIEF UNITED STATES DISTRICT JUDGE

PREPARED BY AND AGREED TO:

CLAY JOYNER
United States Attorney

BY: _____
SAMUEL D. WRIGHT (MSB #101425)
Assistant United States Attorney
900 Jefferson Avenue
Oxford, Mississippi 38655-3608
Ph: (662) 234-3351
Fax: (662) 234-3318
Email: samuel.wright@usdoj.gov
*Attorney for Plaintiff United States of America*

AGREED TO:

_____
GAZEL GILES, Individually

_____
GAZEL GILES, for
Academic Aid for Success, LLC